## CONSENT TO JOIN COLLECTIVE ACTION
Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b)

1. I understand that this lawsuit is brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the court or any settlement of this action.

2. I have worked as a driver from on or about 01/01/2023 to 03/31/2024 (dates) for Maplebear Inc. dba Instacart in Illinois.

3. During my employment, I was not classified as an employee, and I was not paid minimum wage. I was required to pay various business expenses and bear the costs of performing grocery delivery services for Instacart. I did not receive any overtime pay.

4. I hereby designate Shannon Liss-Riordan, Bradley Manewith, and Matthew Carrieri of Lichten & Liss-Riordan, P.C. (Plaintiffs' Counsel), to represent me for all purposes in this action.

5. I also designate the named Plaintiff in this action, the collective action representative, as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiff's Counsel concerning attorneys' fees and costs (with the understanding that Plaintiff's Counsel are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

Signature: _Ryan Patrick Burns_  Date: 05/31/2024

Name: Ryan Burns

Address: [redacted]

Telephone: [redacted]  E-Mail: [redacted]

**COMPLETE AND RETURN TO:**
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
www.llrlaw.com
claims@llrlaw.com